[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

No. 16-11615
Non-Argument Calendar
_____

D.C. Docket No. 1:08-cr-21031-PCH-1

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

COREY LEMAR WRIGHT,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Southern District of Florida
_____

(November 10, 2016)

Before HULL, WILSON and WILLIAM PRYOR, Circuit Judges.

PER CURIAM:

Corey Lemar Wright appeals *pro se* the denial of his third motion to reduce his sentence. 18 U.S.C. § 3582(c)(2).  Wright moved for a reduction based on Amendment 782 of the Sentencing Guidelines. We affirm.

The district court did not err by denying Wright's motion. Wright pleaded guilty to possessing with intent to distribute cocaine base, *see* 21 U.S.C. § 841(a)(1), (a)(2), and the district court sentenced him to five years of imprisonment. Because Wright's sentence was based on the statutory mandatory minimum, *see* United States Sentencing Guidelines Manual § 5G1.1(b), not on the drug quantity tables, *see id.* § 2D1.1, he was ineligible for a reduction of his sentence under Amendment 782, *see id.* § 1B1.10 cmt n.1(A). The district court lacked authority to reduce Wright's sentence.

We **AFFIRM** the denial of Wright's motion to reduce.